IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SARAH THRUL,
          Plaintiff,

v.                                    Civil Action No. 3:15-cv-623-JAG

LANDMARK PROPERTY SERVICES, INC.,
RENAISSANCE MAYFAIR, LP, and
M.T.G. PROCESS SERVERS, LLC,
          Defendants.

## **ORDER**

This matter comes before the Court on the motion to dismiss filed by M.T.G. Process Servers, LLC ("M.T.G."). (Dk. No. 3.) In its motion, M.T.G. asks the Court to grant the motion and to award reasonable attorneys' fees and costs. The plaintiff subsequently amended her complaint to remove M.T.G., but the issue of attorneys' fees and costs remains. The Court GRANTS the motion to dismiss in that M.T.G. is DISMISSED WITH PREJUDICE.

With respect to attorneys' fees, the Court DIRECTS the plaintiff to show cause on the following issues:

- Why, pursuant to Rule 11(c)(3), her conduct in filing the complaint against M.T.G. does not violate Rule 11(b), Fed. R. Civ. P. 11;

- Why 28 U.S.C. § 1927 should not apply to her conduct; and

- Why, pursuant to 15 U.S.C. § 1692k(a)(3), her conduct does not qualify as bad faith or harassment.

The plaintiff shall file her brief on or before December 28, 2015. If M.T.G. wishes to respond, it shall file its response by January 11, 2016. If the plaintiff wishes to reply, she shall file her reply by January 18, 2016.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: December 14, 2015
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge