UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SARAH THRUL f/k/a SARAH TEWALT, : <br> : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> LANDMARK PROPERTY : <br> SERVICES, INC., *et al.* : <br> : <br>     Defendants. : | Civil Action No. 3:15-cv-623 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR AN EXTENSION OF TIME**

The Plaintiff, by counsel, respectfully submits this memorandum of law in support of her Motion for an Extension of Time to file her reply brief to this Court's Order. (Docket No. 16).

On December 14, 2015, this Court entered an Order directing Plaintiff to Show Cause and setting a briefing schedule. The Court's Order directed Plaintiff to file her reply brief no later than January 18, 2016. As January 18, 2016 was a federal holiday, Plaintiff's reply brief is currently due no later than Tuesday, January 19, 2016. Fed. R. Civ. P. 6(a)(1)(C). Plaintiff has diligently been working on her reply. However, Plaintiff's Counsel has been participating in an all-day mediation session with Retired U.S. Court of Appeals Judge Stanley F. Birch, Jr. today in Atlanta, Georgia. This mediation—regarding *Jenkins v. Equifax Information Services, LLC* (assigned to Judge Lauck)—is still in session as of this filing. This, in addition to briefing deadlines over the last week (including in the *Dreher* and *Henderson v. First Advantage* cases) and the federal holiday, requires Plaintiff to seek a short, one-day extension to file her reply brief—until Wednesday, January 20, 2016. This extension will allow Plaintiff to fully respond to

all of the issues raised by MTG Process Servers, LLC's memorandum. The time for the Plaintiff to file her reply brief has not yet expired and thus the motion is timely made. L.R. 7(F)(2).

The extension is not sought for a dilatory purpose and would serve the interest of justice. Therefore, good cause is shown for granting the short extension of time to file Plaintiff's reply brief regarding this Court's Order until Wednesday, January 20, 2016.

                                Respectfully submitted,
                                **SARAH THRUL f/k/a SARAH TEWALT**

                              By: _____/s/_____
                                      Of Counsel

Leonard A. Bennett, VSB No. 37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 257-3450
Email: lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on January 19, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which sent notification of such filing to:

Donald E. Morris
Law Office of Antony K. Jones
3957 Westerre Pkwy, Suite 320
Richmond, VA 23233
Tel:    804-934-2682
Fax:    312-894-3548
Email: donald.morris@cna.com

Kenneth C. Hirtz
Law Offices of Roya Palmer Ewing
3957 Westerre Pkwy, Suite 214
Richmond, VA 23233
Tel:    (804) 934-2647
Fax:    (312) 894-3548
Email: kenneth.hirtz@cna.com

*Counsel for Landmark Property Services, Inc.*

James L. Hoyle
Kalbaugh Pfund & Messersmith PC
901 Moorefield Park Dr., Suite 200
Richmond, VA 23236
Tel:    (804) 521-6446
Fax:    (804) 320-6312
Email: lee.hoyle@kpmlaw.com

*Counsel for Renaissance Mayfair, LP*

                                                  _____/s/_____
                                                  Leonard A. Bennett, VSB No. 37523
                                                  *Counsel for the Plaintiff*
                                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                                  763 J. Clyde Morris Blvd., Suite 1-A
                                                  Newport News, VA 23601
                                                  Tel: (757) 930-3660
                                                  Fax: (757) 257-3450
                                                  Email: lenbennett@clalegal.com