UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SARAH THRUL f/k/a SARAH TEWALT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 3:15-cv-623 |
| LANDMARK PROPERTY SERVICES, INC., *et al.* | : | |
| Defendants. | : | |

## ORDER

For good cause shown, Plaintiff shall file her reply brief regarding this Court's Order (Docket No. 16) on or before Wednesday, January 27, 2016.

It is so ORDERED.

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: January 20, 2016