UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SARAH THRUL f/k/a SARAH TEWALT, :
:
    Plaintiff, :
:        Civil Action No. 3:15-cv-623
v. :
:
LANDMARK PROPERTY :
SERVICES, INC., *et al.* :
:
    Defendants. :

## STIPULATION OF DISMISSAL

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their respective counsel, hereby stipulate to the dismissal of the above-captioned action against Defendants Landmark Property Services, Inc. and Renaissance Mayfair, LP, with prejudice, with each side to bear its own costs and fees, with the Court retaining jurisdiction over the case for the purpose of enforcing the settlement between the parties, if necessary.

                Respectfully submitted,

SO ORDERED

1/20/16 /s/
John A. Gibney, Jr.
United States District Judge

                /s/
Matthew J. Erausquin, VSB No. 65434
Casey S. Nash, VSB No. 84261
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com
Email: casey@clalegal.com

*Counsel for the Plaintiff*

1

/s/
Kenneth C. Hirtz
Law Offices of Roya Palmer Ewing
3957 Westerre Pkwy, Suite 214
Richmond, VA 23233
Tel: (804) 934-2647
Fax: (312) 894-3548
Email: kenneth.hirtz@cna.com

*Counsel for Landmark Property Services, Inc.*

/s/
James L. Hoyle
Kalbaugh Pfund & Messersmith PC
901 Moorefield Park Dr., Suite 200
Richmond, VA 23236
Tel: (804) 521-6446
Fax: (804) 320-6312
Email: lee.hoyle@kpmlaw.com

*Counsel for Renaissance Mayfair, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donald E. Morris
Law Office of Antony K. Jones
3957 Westerre Pkwy, Suite 320
Richmond, VA 23233
Tel: (804) 934-2682
Fax: (312) 894-3548
Email: donald.morris@cna.com

Kenneth C. Hirtz
Law Offices of Roya Palmer Ewing
3957 Westerre Pkwy, Suite 214
Richmond, VA 23233
Tel: (804) 934-2647
Fax: (312) 894-3548
Email: kenneth.hirtz@cna.com

*Counsel for Landmark Property Services, Inc.*

James L. Hoyle
Kalbaugh Pfund & Messersmith PC
901 Moorefield Park Dr., Suite 200
Richmond, VA 23236
Tel: (804) 521-6446
Fax: (804) 320-6312
Email: lee.hoyle@kpmlaw.com

*Counsel for Renaissance Mayfair, LP*

                                                /s/
                                        Casey S. Nash, VSB No. 84261
                                        Consumer Litigation Associates, P.C.
                                        1800 Diagonal Road, Suite 600
                                        Alexandria, VA 22314
                                        Telephone: (703) 273-7770
                                        Facsimile: (888) 892-3512
                                        Email: casey@clalegal.com